UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| BENJAMIN ALAN AREBALO, | ) SA CV 11-00083-ODW (SH) |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| KATHLEEN ALLISON, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: May 12, 2011

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE